IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBIE J. LONDON, both Individually
and as the Administratrix of the ESTATE : No.: 2:20-cv-01025
OF CHRISTOPHER GILCHRIST

                      Plaintiff

v.

JOHN WETZEL, et al.

                      Defendants

## PROPOSED ORDER APPROVING SETTLEMENT AND DISTRIBUTION

AND NOW, this ___1st___ day of __March__, 2021, it is hereby **ORDERED** and **DECREED** that Plaintiff is authorized to enter into a global settlement with Defendants for the total sum of Three Million Eight Hundred Thousand ($3,800,000.00) Dollars. Defendants shall forward all settlement drafts or checks for proper distribution in accordance with terms of the Release Agreements.

It is **ORDERED** and **DECREED** that the settlement proceeds shall be distributed as follows:

| | | |
|---|---|---:|
| I. | Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Reimbursement for Costs: | $23,013.67 |
| II. | Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. Counsel Fees: | $1,520,000 |
| III. | WRONGFUL DEATH CLAIM (2/3 of net $2,256,986.33) (Pursuant to 42 Pa. C.S.A. §8301) – $1,504,657.55 | |
| | To: Bobbie London | $752,328.78 |
| | To: Alexander Gilchrist | $752,328.77 |

IV.     SURVIVAL CLAIM (1/3 of net $2,256,986.33)
(Pursuant to 42 Pa. C.S.A. §8302) - $752,328.78

       To:    Bobbie London, Administratrix of the Estate of Christopher Gilchrist, Deceased; subject to posting any security to be required by the Register of Wills pursuant to 20 Pa. C.S. §3323(b)(3) and the payment of any creditor's claims pursuant to 20 Pa. C.S. §3392

BY THE COURT:

_____
HONORABLE JOHN MILTON YOUNGE