IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBBIE J. LONDON Both Individually as the Administratrix Of The Estate of CHRISTOPHER GILCHRIST, <br><br> Plaintiffs, vs. <br><br> JOHN WETZEL, CYNTHIA LINK, CAPTAIN STOVER, LIEUTENANT MARTIN, SERGEANT CIOLICO, CORRECTIONAL OFFICER ROBERT CABAN, CORRECTIONAL OFFICER JUDGE, CORRECTIONAL OFFICER COSTANZO, CORRECTIONAL OFFICERS JOHN.JANE DOES (1-10) (FICTITIOUS), NURSE BARBARA BUZDYGON, NURSE VERNA OLIVENCIA, NURSE VIVIAN CROSSMAN, NURSE JESSICA CHAVEZ, NURSE BARBARA HERBST, NURSE MARK SOKOLSKI, MANAGER BRIAN SCHNEIDER, SPECIALIST CARRIE HYDRO, SPECIALIST ROBERT LADONNE, 10)(FICTITIOUS), MHM CORRECTIONAL SERVICES, LLC doing business as MHM SOLUTIONS, DR. DAVID DOYLE, NURSE MICHELLE HENRY, CORRECT CARE SOLUTIONS, LLC n/k/a WELLPATH, LLC, DR. LEE HANUSCHAK, MEDICAL PROVIDERS JOHN/JANE DOES (1- <br><br> Defendants. | CIVIL DIVISION <br><br> 2:20-cv-01025-JMY |

## STIPULATION TO DISMISS LESS THAN ALL PARTIES

It is hereby agreed by and between the parties that the following Defendants are hereby dismissed from this action voluntarily and with prejudice:

It is hereby agreed by counsel for the parties that this Stipulation may be executed in any number or telecopied counterparts, each of which shall be deemed to be an original as against any party whose signature appears thereon, and all of which shall together constitute one and the same instrument.

DR. DAVID DOYLE; NURSE MICHELLE HENRY; DR. LEE HANUSCHAK; LIEUTENANT MARTIN; CORRECTIONAL OFFICER ROBERT CABAN•, SERGANT MARK CIOLIKO; CORRECTIONAL OFFICER JONATHAN COSTANZO; NURSE BARBARA BUZDYGON; and NURSE JESSICA CHAVEZ.

All Cross Claims against these Defendants are also dismissed.

EISENBERG, ROTHWEILER,
WINKLER, EISENBERG & JECK P.C.

By: /s/Ncu•tc.g J. WievkLe.r
_____
Nancy J. Winkler, Esquire Todd A. Schoenhaus, Esquire
Attorneys for Plaintiff

MILLER TURETSKY RULE & MCLENNAN

By : /s/Joshua H. Camson
Joshua H. Camson, Esquire
Attorneys for Defendant Sergeant Mark Cio/iko

WOLPERT SCHREIBER MCDONNELL PC

By:_____
Thomas G. Wolpert, Esquire
Attorneys for Defendant Nurse Jessica Chavez

WILLIAMS & SCHILDT

By:_____
James M. Schildt, Esquire
Attorneys for Defendant Nurse Barbara Buzdygon

MATIS BAUM O'CONNOR, P.C.

By: /s/Ca.9Åd..g L. Ne.aL_____
Cassidy L. Neal, Esquire
Attorneys for Defendants, MHM

WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLC

Caitlin J. Goodrich, Esquire
Attorneys for Defendants Correct Care Solutions, LLC and Dr. Lee Hanushak

It is hereby agreed by counsel for the parties that this Stipulation any number or telecopied counterparts, each of which shall be deemed against any

| | |
|---|---|
| Correctional Services, Inc.; Dr. David Doyle; and Nurse Michelle Henry | EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK P.c. |

EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK P.c.

By: _____

   Nancy J. Winkler, Esquire
   Todd A. Schoenhaus, Esquire
   Attorneys for Plaintiff

YERGEY DAYLOR ALLEBACH SCHEFFEY PICARDI

By:_____
   Gregory W. Philips, Esquire
   Attorneys for Defendant Lieutenant Ronald Martin

WOLPERT SCHREIBER MCDONNELL pc

By: _/s/ T.C. W_____

   Thomas G. Wolpert, Esquire
   Attorneys for Defendant Nurse Jessica Chavez

WELBY STOLTENBERG CIMBALLA & COOK, LLC

By: _/s/ Richardson To-oldü Ea-ee.vv_____
   Richardson Todd Eagen, Esquire
   Attorneys for Defendants Correctional Officer Robert Caban and Correctional Officer Costanzo

MILLER TURETSKY RULE & MCLENNAN

By:_____
   Joshua H. Camson, Esquire
   Attorneys for Defendant Sergeant Mark Cio/iko

By: _/s/ Caitlin J. Goodrich_____

WILLIAMS & SCHILDT

may be executed in
to be an original as
party whose signature appears thereon, and all of which shall together constitute one and the same instrument.

By:_____

WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLC

By:
   Caitlin J. Goodrich, Esquire
   Attorneys for Defendants Correct Care Solutions, LLC and Dr. Lee Hanushak

It is hereby agreed by counsel for the parties that this Stipulation any number or telecopied counterparts, each of which shall be deemed against any

    James M. Schildt, Esquire
    Attorneys for Defendant Nurse
    Barbara Buzdygon

MATIS BAUM OCONNOR, P.c.

By:_____

    Cassidy L. Neal, Esquire
    Attorneys for Defendants, MHM
    Correctional Services, Inc.; Dr. David
    Doyle; and Nurse Michelle Henry

YERGEY DAYLOR ALLEBACH SCHEFFEY PICARDI

By:

_____

    Gregory W. Philips, Esquire
    Attorneys for Defendant Lieutenant
    Ronald Martin

WE-LBY STOLTENBERG CIMBALLA & COOK, LLC

By:

_____

    Richardson Todd Eagen, Esquire
    Attorneys for Defendants Correctional
    Officer Robert Caban and Correctional
    Officer Costanzo

    WEBER GALLAGHER SIMPSON STAPLETON
    FIRES & NEWBY, LLC

    Caitlin J. Goodrich, Esquire
    Attorneys for Defendants Correct Care
    Solutions, LLC and Dr. Lee Hanushak

It is hereby agreed by counsel for the parties that this Stipulation may be executed in any number or telecopied counterparts, each of which shall be deemed to be an original as against any party whose signature appears thereon, and all of which shall together constitute one and the same instrument.

| | |
|---|---|
| EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK P.C. | WILLIAMS & SCHILDT |
| By : _____ | By: _____ |
| Nancy J. Winkler, Esquire<br>Todd A. Schoenhaus, Esquire<br>Attorneys for Plaintiff | James M. Schildt, Esquire<br>Attorneys for Defendant Nurse Barbara Buzdygon |
| WOLPERT SCHREIBER MCDONNELL PC | MATIS BAUM O'CONNOR, P.c. |
| By: _____ | By: _____ |
| Thomas G. Wolpert, Esquire<br>Attorneys for Defendant Nurse Jessica Chavez | Cassidy L. Neal, Esquire<br>Attorneys for Defendants, MHM Correctional Services, Inc.; Dr. David Doyle; and Nurse Michelle Henry |
| MILLER TURETSKY RULE & MCLENNAN | YERGEY DAYLOR ALLEBACH SCHEFFEY PICARDI |
| By: _____ | By: _____ |
| Joshua H. Camson, Esquire<br>Attorneys for Defendant Sergeant Mark Cioliko | Gre ory . Phi ip , Esquire<br>Attorneys for efendant Lieutenant Ronald Martin |
| | WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLC |
| | By: _____ |
| | Caitlin J. Goodrich, Esquire<br>Attorneys for Defendants Correct Care Solutions, LLC and Dr. Lee Hanushak |

| | |
|---|---|
| WELBY STOLTENBERG CIMBALLA & COOK, LLC | Chavez |
| By: _____ | MILLER TURETSKY RULE & MCLENNAN |
|   Richardson Todd Eagen, Esquire<br>Attorneys for Defendants Correctional Officer Robert Caban and Correctional Officer Costanzo | By:_____<br>  Joshua H. Camson, Esquire<br>  Attorneys for Defendant Sergeant Mark Cioliko |
| _____ | WILLIAMS & SCHILDT |

this Stipulation may be executed

shall be deemed to be an origina

party whose signature appears thereon, and all of which shall together constitute one and the same instrument.

| | |
|---|---|
| | MATIS BAUM O'CONNOR, P.c. |
| EISENBERG, ROTHWEILER,<br>WINKLER, EISENBERG & JECK P.c. | By:_____ |
| By:_____<br>  Nancy J. Winkler, Esquire<br>  Todd A. Schoenhaus, Esquire<br>  Attorneys for Plaintiff |   Cassidy L. Neal, Esquire<br>  Attorneys for Defendants, MHM Correctional Services, Inc.; Dr. David Doyle; and Nurse Michelle Henry' |
| | YERGEY DAYLOR ALLEBACH SCHEFFEY PICARDI |
| WOLPERT SCHREIBER MCDONNELL pc | By:_____ |
| By:<br>_____<br>  Thomas G. Wolpert, Esquire<br>  Attorneys for Defendant Nurse Jessica |   Gregory W. Philips, Esquire<br>  Attorneys for Defendant Lieutenant Ronald Martin |

It is hereby agreed by counsel for the parties that any

number or telecopied counterparts, each of which against any

| | |
|---|---|
| WELBY STOLTENBERG CIMBALLA & COOK, LLC | Officer Costanzo |
| By:_____<br>Richardson Todd Eagen, Esquire<br>Attorneys for Defendants Correctional Officer Robert Caban and Correctional | WEBER GALLAGHER SIMPSON STAPLETON |

By: */s/ James M. Schildt/*
James M. Schildt, Esquire
Attorneys for Defendant Nurse
Barbara Buzdygon

FIRES & NEWBY, LLC

By:_____
Caitlin J. Goodrich, Esquire
Attorneys for Defendants Correct Care Solutions, LLC and Dr. Lee Hanushak

orneys for Defendant Nurse
arbara Buzdygon

OFFICE OF GENERAL COUNSEL, PA DEPARTMENT OF CORRECTIONS

By: *Abby N. Trovinger*
Abby N. Trovinger, Esquire Joseph G. Fulginiti, Esquire
Attorneys for Defendants John Wetzel, Cynthia Link, Captain David Shover, Correctional Officer Patrick Judge, Nurse Verna Olivencia, Nurse Vivian Crossman, Nurse Barbara Herbst, Nurse Mark Soko/ski, Manager Brian Schneider, Specialist Carrie Hydro, Specialist Robert Ladonne, Robert Davis, and LT David Masce/lino

BY THE COURT:

<u>John Milton Younge</u>
Judge John Milton Younge
Stipulation Approved: April 1, 2021

& NEWBY, LLC

By:

Caitlin J. Goodrich, Esquire
Attorneys for Defendants Correct Care Solutions, LLC and Dr. Lee Hanushak